## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | 19-07416 |
| | ) | |
| **Juan Diaz,** | ) | Chapter 13 |
| **Belkis Diaz,** | ) | |
| | ) | Judge COX |
| Debtor(s). | ) | |

### NOTICE OF MOTION

**To the following persons or entities who were served via email by the Bankruptcy Court:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Ch. 13 Trustee: ecf@tvch13.net, ecfchi@gmail.com, courtmail@tvch13.net

**To the following persons or entities who were served via regular U.S. Mail:**
See attached service list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead, at 219 South Dearborn Street, Chicago, Illinois, in the following courtroom (or any other place posted), and present the attached **Motion to Extend the Automatic Stay**, at which time and place you may appear:

JUDGE:  COX
ROOM:   680
DATE:   April 1, 2019
TIME:   9:00 a.m.

/s/     David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

### PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on March 25, 2019 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/     David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100

Juan & Belkis Diaz
8313 N. Hamlin Ave.
Skokie, IL 60076

American InfoSource
PO Box 248838
Oklahoma City, OK 73124-8838

Barclays Bank Delaware
125 S. West St.
Wilmington, DE 19801

Cap One
15000 Capital One Dr
Richmond, VA 23238

Cap One
10700 Capital One Way
Richmond, VA 23060

Cavalry Portfolio Service
Attn: Bankruptcy Department
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Chrysler Capital
PO Box 961245
Fort Worth, TX 76161

City of Chicago Dept. of Revenue
Camera Enforcement Violation
PO Box 88292
Chicago, IL 60680-1292

City of Chicago Parking
Department of Finance
P. O. Box 6330
Chicago, IL 60680

Commonwealth Edison-Care Center
Bankruptcy Department
PO Box 6113
Carol Stream, IL 60197-6113

Continental Finance
Bankruptcy Dept.
121 Continental Drive, Ste 1
Newark, DE 19713-4347

Convergent Outsourcing
800 Sw 39th St
Renton, WA 98057

Credence Resource Mana
17000 Dallas Pkwy Ste 20
Dallas, TX 75248

Credit One, Bankrupcty Department
PO Box 98873
Las Vegas, NV 89193

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193

Fingerhut
PO Box 1250
Saint Cloud, MN 56395-1250

FINGERHUT/WEBBANK
6250 Ridgewood Rd.
Saint Cloud, MN 56303-0820

First Premier
3820 N. Louise Ave.
Sioux Falls, SD 57107-0145

First Savings Credit Card
PO Box 2509
Omaha, NE 68103-2509

Harris & Harris, Ltd
111 West Jackson Blvd, Suite 400
Chicago, IL 60604

Hsbc Bank
PO BOX 52530
Schaumburg, IL 60196

Illinois Department of Revenue
Bankruptcy Department
PO Box 64338
Chicago, IL 60664-0338

Illinois Department of Revenue, Bankr. Section
PO Box 19035
Springfield, IL 62794-9035

Illinois Dept. of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

Insight Capital
635 N. Trade Street
Winston Salem, NC 27101-2916

IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeffersncp (Jefferson Capital Syste
Bankruptcy Department
16 McLeland Rd.
Saint Cloud, MN 56303

Law Office of Jeff Whitehead
700 West Van Buren, Suite 1506
Chicago, IL 60607

LVNV Funding
PO Box 10587
Greenville, SC 29603

Merrick Bank
10705 S. Jordan Gtwy Ste. 200
South Jordan, UT 84095

Metropltn Au
2212 W 147th St
Dixmoor, IL 60426

Midland Credit Management, Inc.
Bankruptcy Department
8875 Aero Drive, Ste 200
San Diego, CA 92123

Mr. Cooper Mortgage
8950 Cypress Waters Blvd
Coppell, TX 75019

Nicor Gas
ALL MAIL GOES TO
Bankruptcy Dept. PO Box 549
Aurora, IL 60507

Northshore Medical
2100 Pfingsten
Glenview, IL 60026

ONEMAIN, Bankruptcy Department
PO Box 1010
Evansville, IN 47706

Pierce & Associates
1 North Dearborn, Suite 1300
Chicago, IL 60602

Quantum3 Group
Sadino Funding
P.O. Box 788
Kirkland, WA 98083-0788

Radiant Cash
PO Box 1183
Lac Du Flambeau, WI 54538

Resurgent Capital Service
PO Box 10587
Greenville, SC 29603-0587

Secretary of State
Attn: Bankruptcy Department
PO Box 7848
Madison, WI 53707

Secretary of State License Renewal
3701 Winchester Road
Springfield, IL 62707-9700

Seterus
14523 SW Millikan Way
Suite 200
Beaverton, OR 97005

SpotLoan
PO Box 927
Palatine, IL 60078-0927

Sprint Nextel Correspondence
Attn: Bankruptcy Dept.
PO BOX 7949
Overland Park, KS 66207

SYNCB/Lowes
PO Box 965005
Orlando, FL 32896

T Mobile Wireless
Attn: Bankruptcy Dept.
4515 N santa Fe Ave
Oklahoma City, OK 73118-7901

TBOM/ATLS/FORTIVA
PO Box 105555
Atlanta, GA 30348

Verve
BANKRUPTCY DEPARTMENT
PO Box 6812
Carol Stream, IL 60197-6812

Village of Skokie
5127 Oakton Street
Skokie, IL 60077

WHITFORD BROOK FUNDING TRUST
c/o Springleaf
PO Box 3251
Evansville, IN 47731-3251

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | 19 B 07416 |
| | ) | |
| Juan Diaz, | ) | Chapter 13 |
| Belkis Diaz, | ) | |
| | ) | Judge Cox |
| Debtor(s). | ) | |

## MOTION TO EXTEND THE AUTOMATIC STAY

NOW COMES the Debtors, by and through their attorneys, DAVID M. SIEGEL & ASSOCIATES, and in support of her Motion, states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On March 18, 2019 the Debtors filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the hearing on confirmation is set for May 20, 2019.

3. Tom Vaughn was appointed Trustee in this case.

4. That Debtors had a prior pending bankruptcy (Case#16-13209) within one year preceding the filing of this case that was dismissed other than under §707(b).

5. That Debtors have filed the present case in good faith and there has been a change in circumstances since the previous case.

6. That Debtor's financial affairs have substantially changed due to falling behind on plan payments while trying catch up with mortgage.

7. That Debtors ended up doing a loan modification on their mortgage and now will have enough income to support plan payments which is evidenced by a signed Affidavit (See Attached Exhibit A).

8. That Debtors requests pursuant to §362(c)(3) that the automatic stay be extended as to any and all creditors.

9. That this request to extend the automatic stay is made in good faith, without the intent to defraud creditors, and proper notice has been had on all necessary parties.

10. That the Debtors have filed an additional two bankruptcy cases, which include: 98-18361, filed 06/15/98, discharged 10/13/98; 08-23344, filed 9/3/08, discharged 12/22/08.

WHEREFORE, Debtors respectfully requests that this honorable court grant Debtor's Motion to Extend the Automatic Stay.

Respectfully Submitted,

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

# EXHIBIT

# A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:                                          )   Case No: 19-07416
                                                )
    Juan M Diaz                                 )   Chapter 13
    Belkis M Diaz                               )
Debtor(s).                                      )   Judge: COX

## AFFIDAVIT

The Debtors, **Juan M & Belkis M Diaz**, in the above captioned case, under penalty of perjury, states as follows:

1. That we, Juan M & Belkis M Diaz, are the debtors in the above-referenced case, and have knowledge of the facts contained within this affidavit.

2. That we filed a previous Chapter 13 case, Case # 16-13209, which was dismissed on 3/11/2019.

3. That the aforementioned case was dismissed due to falling behind on my plan payments while trying to catch up with my mortgage. I ended up doing a loan modification on my mortgage, which was successful but at the end, I could not catch up with my plan payments.

4. That the Chapter 13 plan shall be completed within 60 months, and will allow the effective reorganization of our debts.

5. That this current Chapter 13 case was filed in good faith, with the intention of repaying our creditors.

By signing this statement, we declare under penalty of perjury that all of the information contained herein is true and accurate, and acknowledge that the Court may rely on the truth of this statement in determining whether to extend the bankruptcy stay for the above Chapter 13 case. We understand the Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.

Signed: X _Juan M Diaz_ (signature)          Date: 3/8/19
        Juan M Diaz

Signed: X _Belkis M Diaz_ (signature)         Date: 3/8/19
        Belkis M Diaz

Prepared By:                                 SUBSCRIBED AND SWORN to
DAVID M. SIEGEL & ASSOCIATES                 before me this 8th day of
790 Chaddick Drive                           March 20 19
Wheeling, IL 60090
847/ 520-8100                                _Susan B. Wagner_ (signature)
                                             NOTARY PUBLIC

OFFICIAL SEAL
SUSAN B. WAGNER
Notary Public - State of Illinois
My Commission Expires 5/10/2021

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Juan M. Diaz |
| Debtor 2 (Spouse, if filing) | Belkis M. Diaz |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | 19-07416 |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

# Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed ☐ Not employed | ☐ Employed ■ Not employed |
| Occupation | | Caseworker | Disabled |
| Employer's name | | State of Illinois Dept of Human Services | |
| Employer's address | | 8001 N Lincoln Ave Skokie, IL 60077 | |
| How long employed there? | | 12 years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 5,420.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 5,420.00 | $ 0.00 |

Debtor 1   Juan M. Diaz
Debtor 2   Belkis M. Diaz                                                                          Case number (if known) 19-07416

|     |     |     | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
|     | Copy line 4 here | 4. | $ 5,420.00 | $ 0.00 |
| 5.  | List all payroll deductions: |     |     |     |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 394.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 217.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. $ | 277.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. $ | 67.00 | $ 0.00 |
| 5h. | Other deductions. Specify: Other Ins. | 5h.+ $ | 85.00 + | $ 0.00 |
| 6.  | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 1,040.00 | $ 0.00 |
| 7.  | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. $ | 4,380.00 | $ 0.00 |
| 8.  | List all other income regularly received: |     |     |     |
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. $ | 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. $ | 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. $ | 0.00 | $ 1,651.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: Daughter's social security | 8f. $ | 0.00 | $ 412.00 |
| 8g. | Pension or retirement income | 8g. $ | 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ $ | 0.00 + | $ 0.00 |
| 9.  | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ | 0.00 | $ 2,063.00 |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ | 4,380.00 + $ 2,063.00 | = $ 6,443.00 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____                           11.   +$        0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies.      12.   $    6,443.00
                                                                                                                                              Combined
                                                                                                                                              monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I                                  Schedule I: Your Income                                     page 2

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Juan M. Diaz |
| Debtor 2 (Spouse, if filing) | Belkis M. Diaz |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | 19-07416 |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. Does Debtor 2 live in a separate household?

   　■ No

   　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   ■ Yes. Fill out this information for each dependent............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No |
   | Daughter | 12 | ■ Yes |
   | | | ☐ No |
   | Daughter | 14 | ■ Yes |
   | | | ☐ No |
   | | | ☐ Yes |
   | | | ☐ No |
   | | | ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.      4. $              2,423.00

   If not included in line 4:

   4a. Real estate taxes                                                       4a. $                  0.00
   4b. Property, homeowner's, or renter's insurance                            4b. $                  0.00
   4c. Home maintenance, repair, and upkeep expenses                           4c. $                  0.00
   4d. Homeowner's association or condominium dues                             4d. $                  0.00
5. Additional mortgage payments for your residence, such as home equity loans 5. $                  0.00

Debtor 1    Juan M. Diaz
Debtor 2    Belkis M. Diaz                                                      Case number (if known)    **19-07416**

6. Utilities:
   - 6a. Electricity, heat, natural gas — 6a. $ 350.00
   - 6b. Water, sewer, garbage collection — 6b. $ 0.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 505.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. Food and housekeeping supplies — 7. $ 888.00
8. Childcare and children's education costs — 8. $ 0.00
9. Clothing, laundry, and dry cleaning — 9. $ 365.00
10. Personal care products and services — 10. $ 366.00
11. Medical and dental expenses — 11. $ 104.00
12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 394.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books — 13. $ 0.00
14. Charitable contributions and religious donations — 14. $ 0.00
15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 150.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. Installment or lease payments:
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: **2005 Nissan Murano (payoff 4/2020)** — 17c. $ 323.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). — 18. $ 0.00
19. Other payments you make to support others who do not live with you. Specify: — 19. $ 0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. Other: Specify: — 21. +$ 0.00

22. Calculate your monthly expenses
    - 22a. Add lines 4 through 21. — $ 5,868.00
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 5,868.00

23. Calculate your monthly net income.
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 6,443.00
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 5,868.00
    - 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ 575.00

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.   Explain here:

**Fill in this information to identify your case:**

Debtor 1  Juan M. Diaz

Debtor 2  Belkis M. Diaz
(Spouse, if filing)

United States Bankruptcy Court for the Northern District of Illinois

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of

Official Form 106I
# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| **Occupation** | Caseworker | |
| **Employer's name** | State of Illinois | N/A |
| **Employer's address** | 325 W. Adams<br>Springfield, IL  62704 | N/A |
| **How long employed there?** | 1 year | N/A |

## Part 2: Give Details About Monthly Income

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $5,420.00 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $5,420.00 | $0.00 |
| 5. | List All payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $393.70 | $0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $216.96 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $340.00 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor 1  Juan M. Diaz  Case number:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5g. | Union dues — 5g. | $67.14 | $0.00 |
| 5h. | Other deductions. Specify: — 5h. | $0.00 | $0.00 |
| 6. | Add the payroll deductions. Add lines 5a through 5h — 6. | $1,017.80 | $0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. — 7. | $4,402.20 | $0.00 |
| 8. | List all other income regularly received: | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm — 8a. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | $0.00 | $0.00 |
| 8b. | Interest and dividends — 8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive — 8c. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | $0.00 | $0.00 |
| 8d. | Unemployment compensation — 8d. | $0.00 | $0.00 |
| 8e. | Social Security — 8e. | $0.00 | $2,322.00 |
| 8f. | Other government assistance that you regularly receive — 8f. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | $0.00 | $0.00 |
| 8g. | Pension or retirement income — 8g. | $0.00 | $0.00 |
| 8h. | Other monthly income. Specify: — 8h. | $0.00 | $0.00 |
| 9. | Add all other income. Add lines 8a-8h. — 9. | $0.00 | $2,322.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 9 for Debtor 1 and Debtor 2 or non-filing spouse. — 10. | $6,724.20 | |
| 11. | State all other regular contributions to the expenses that you list in Schedule J (Official Form 106J). Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J (Official Form 106J). Specify: — 11. | $0.00 | |
| 12. | Add the amounts on lines 10 and 11. The result is the combined monthly income. Also write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum) if it applies. — 12. | $6,724.20 | |

13. Do you expect an increase or decrease within the year after you file this form?

☒ No
☐ Yes. Explain.....

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify your case:**

Debtor 1  Juan M. Diaz

Debtor 2  Belkis M. Diaz
(Spouse, if filing)

United States Bankruptcy Court for the  Northern District of Illinois

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of

# Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☒ Yes. Does Debtor 2 live in a separate household?

   ☒ No.
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*

2. **Do you have dependents?**

   Do not list Debtor 1 or Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 22 | ☐ No  ☒ Yes |
   | Daughter | 12 | ☐ No  ☒ Yes |
   | Daughter | 9  | ☐ No  ☒ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as your bankruptcy filing date unless you are using this form as supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date

Include expenses paid for with non-cash governmental assistance if you know the value of such assistance and have included it on *Schedule I: Your Income*(Official Form 106I).

**Note:** Expenses for property other than the debtor(s)' primary residence(s), if any, are reported in the Summary of Business/Real-Estate Income & Expense annexed to Schedule I.

**Note:** Monthly payments that are being made through the Chapter 13 Plan, if any, are not included in the expenses listed on this schedule.

|   |   | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $2,600.00 |

If not included in line 4:

Debtor 1   Juan M. Diaz                                                                                          Case number:

| | | |
|---|---|---|
| 4a. Real estate taxes | 4a. | |
| 4b. Property, homeowner's, or renter's insurance | 4b. | |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $200.00 |
| 4d. Homeowner's association or condominium dues | 4d. | |
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | |
| 6. Utilities: | | |
| 6a. Electricity, heat, natural gas | 6a. | $450.00 |
| 6b. Water, sewer, garbage collection | 6b. | $26.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $376.00 |
| 6d. Other. Specify: N/A | 6d. | |
| 7. Food and housekeeping supplies | 7. | $600.00 |
| 8. Childcare and children's education costs | 8. | $125.00 |
| 9. Clothing, laundry, and dry cleaning | 9. | $225.00 |
| 10. Personal care products and services | 10. | $150.00 |
| 11. Medical and dental expenses | 11. | $225.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $425.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazine, and books | 13. | $100.00 |
| 14. Charitable contributions and religious donations | 14. | $39.00 |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | |
| 15b. Health insurance | 15b. | |
| 15c. Vehicle insurance | 15c. | $206.00 |
| 15d. Other insurance. Specify: N/A | 15d. | |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: N/A | 16. | |
| 17. Installment or lease payments | | |
| (None) | 17. | $0.00 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I (Official Form 106I) | 18. | |
| 19. Other payments you make to support others who do not live with you. Specify: N/A | 19. | |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I (Official Form 106I) | | |
| 20a. Mortgages on other property | 20a. | |
| 20b. Real estate taxes | 20b. | |
| 20c. Property, homeowner's, or renter's insurance | 20c. | |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | |
| 20e. Homeowner's association or condominium dues | 20e. | |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Case 19-07416  Doc 16  Filed 03/25/19  Entered 03/25/19 13:40:13  Desc Main
Document  Page 17 of 17
Case 16-13209  Doc 1  Filed 04/19/16  Entered 04/19/16 08:16:30  Desc Main
Document  Page 34 of 47

Debtor 1  Juan M. Diaz                                                        Case number:

|  |  | Your expenses |
|---|---|---|
| 20f. Other. Specify: | 20f. |  |
| 21. Other. Specify: N/A | 21. |  |
| 22. Calculate your monthly expenses. |  |  |
| 22a. Add lines 4 through 21. | 22a. | $5,747.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. |  |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $5,747.00 |
| 23. Calculate your monthly net income |  |  |
| 23a. Copy line 12 *(your combined monthly income)* from *Schedule I* | 23a. | $6,724.20 |
| 23b. Copy your monthly expenses from line 22 above. | 23b. | $5,747.00 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income* | 23c. | $977.20 |

24. Do you expect an increase or decrease in your expenses within the year after you file this form?

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☒ No
   ☐ Yes. Explain.....

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.