B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re JUAN M DIAZ & BELKIS M DIAZ | Case No. 19-07416 |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Quantum3 Group LLC as agent for Sadino Funding LLC | Quantum3 Group LLC as agent for Bluestem and SCUSA |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 19 |
| Quantum3 Group LLC as agent for Sadino Funding LLC | Amount of Claim: 752 |
| Sadino Funding LLC | Date Claim Filed: 5/17/2019 |
| PO Box 788 | |
| Kirkland, WA 98083-0788 | |
| Phone: (425) 242-7100 | Phone: |
| Last Four Digits of Acct #: 4735 | Last Four Digits of Acct #: 4735 |

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michael Sherrill                           Date: 6/17/2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.