Form G5  (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | | |
|---|---|---|---|
| In Re: | ) | · | BK No.:   19-07416 |
| JUAN AND BELKIS DIAZ, | ) | | (Jointly Administered) |
| | ) | | |
| | ) | | Chapter:  13 |
| | ) | | Honorable Jacqueline Cox |
| | ) | | |
| Debtor(s) | ) | | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

Debtor's Motion to Modify is GRANTED.

It is hereby ORDERED that:

1) Section 2.1 of Debtor's Chapter 13 Plan is modified to: "Debtor(s) will make regular payments to the trustee as follows: $575.00 per Month for 2 months starting at filing, $710.00 per Month for 24 months starting on June 17, 2019, and $1,160.00 per Month for 10 months starting on June 17, 2021".

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:   AUG 05 2019

**Prepared by:**
Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100