## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-07416 |
| | ) | |
| JUAN and BELKIS DIAZ, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Hon. Judge: COX |

### NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his or her stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Amend Order,** at which time and place you may appear.

> JUDGE: COX
> ROOM: 680
> DATE: September 9, 2019
> TIME: 9:00 AM

### PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before August 20, 2019, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE:  August 20, 2019          /s/ Robert C. Bansfield Jr.
                                           Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100

*To the following persons or entities who have been served via U.S. Mail*:

Juan and Belkis Diaz
8313 N. Hamlin Ave.
Skokie, IL 60076

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Illinois Department of Revenue
Bankrtupcy Section
PO Box 19035
Springfield, IL 62794-9035

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Law Office of Jeff Whitehead
700 West Van Buren Suite 1506
Chicago, IL 60607

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

City of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W Jackson Blvd Ste.600
Chicago, IL 60604

Commonwealth Edison Company
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523

Nationstar Mortgage LLC d/b/a Mr. Cooper
Attention: Bankruptcy Department
PO Box 619096
Dallas TX 75261-9741

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

The Bank of Missouri
PO Box 105555
Atlanta, GA 30348

JD Receivables LLC
PO Box 382656
Germantown, TN 38183

Nicor Gas
Bankruptcy Dept. PO Box 549
Aurora, IL 60507

Directv, LLC
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Portfolio Recovery Associates, LLC
c/o Barclaycard
POB 41067
Norfolk VA 23541

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-07416 |
| | ) | |
| JUAN and BELKIS DIAZ, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Hon. Judge: COX |

## MOTION TO AMEND ORDER

NOW COMES the Debtors, JUAN and BELKIS DIAZ, by and through their attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present their Motion, and in support thereof state as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. The Debtors filed a Motion to Modify their Chapter 13 Plan on July 9, 2019.

3. An order granting Debtors' motion was entered on August 5, 2019. (See Docket Number 44).

4. The order modifies the step plan that is present for the Debtors' Chapter 13 Plan.

5. The Trustee has requested that the order granting Debtors' Motion to Modify be amended to include the following paragraphs:

    2. That the base amount is modified to $29,790.00.
    3. That the Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

6. The Debtors do not have an objection to their order being amended to include the language requested by the Trustee.

7. The Debtors ask for this change to their Order granting their Motion to Modify in good faith and to promote successful performance of the Chapter 13 plan.

WHEREFORE, the Debtors, Juan and Belkis Diaz, pray that this Honorable Court enter an Order to Amend Debtor's Order Modifying Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Robert C. Bansfield Jr.
Robert C. Bansfield Jr. ARDC #6329415
Attorney for the Debtor

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100